UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GARY DAMATO
                                PRISONER
   v.                          Case No. 3:08cv855(SRU)(WIG)

WARDEN MURPHY

RULING AND ORDER

On August 12, 2009, the court, Underhill, U.S.D.J., denied the petition for writ of habeas corpus and ordered the case closed. Judgment entered in favor of the respondent on August 14, 2009. From December 21, 2009, through December 30, 2009, petitioner filed the six motions considered below.

I.    Motion to Waive Copy Fee [doc. #122]

Petitioner asks the court to waive the copy fee for a copy of the docket sheet in this case. Petitioner's motion is granted. The Clerk is directed to send petitioner a copy of the docket sheet with this ruling.

II.   Motion for Ruling [doc. #123]

Petitioner asks the court to rule on documents numbered 92, 103 and 118. Documents 92 and 103 are entitled "Notice." As they are not motions, no ruling is required by the court. Document #118, petitioner's motion to amend or add exhibits to Notice #103, was denied without prejudice on November 9, 2009.

Accordingly, petitioner's motion is denied as moot.

III. Motions to Amend Motion for Reconsideration [docs. ##124, 125, 126, 127]

Petitioner has filed three motions seeking to amend his motion for reconsideration.  The court denied the motion for reconsideration on November 9, 2009, nearly two months before petitioner filed these motions.  Accordingly, the motions are denied as moot.  The court notes that petitioner filed another motion for reconsideration [doc. #129] on January 4, 2010.

IV. Conclusion

Petitioner's motion for waiver of the copy charge for a copy of the docket sheet [**doc. #122**] is **GRANTED**.  The Clerk is directed to send petitioner a current docket sheet with this ruling.

Petitioner's motion for ruling [**doc. #123**] and motions to amend his motion for reconsideration [**docs. ##124, 125, 126, 127**] are **DENIED** as moot.

**SO ORDERED** at Bridgeport, Connecticut this ___20th___ day of January 2010.

                                      ___/s/ *William I. Garfinkel*___
                                      WILLIAM I. GARFINKEL
                                      UNITED STATES MAGISTRATE JUDGE